IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. _____
(To be supplied by the court)

__Jimmy Littlebear West__, Plaintiff

v.

__Jay Grant__,
__City of Denver__,
__David Booth__,
__Sgt. Gonzales__, Defendant(s).

**FILED**
UNITED STATES DISTRICT COURT
DENVER, COLORADO

MAY 04 2022

JEFFREY P. COLWELL
CLERK

(*List each named defendant on a separate line. If you cannot fit the names of all defendants in the space provided, please write "see attached" in the space above and attach an additional sheet of paper with the full list of names. The names listed in the above caption must be identical to those contained in Section B. Do not include addresses here.*)

## PRISONER COMPLAINT

### NOTICE

Federal Rule of Civil Procedure 5.2 addresses the privacy and security concerns resulting from public access to electronic court files. Under this rule, papers filed with the court should not contain: an individual's full social security number or full birth date; the full name of a person known to be a minor; or a complete financial account number. A filing may include only: the last four digits of a social security number; the year of an individual's birth; a minor's initials; and the last four digits of a financial account number.

**Plaintiff need not send exhibits, affidavits, grievances, witness statements, or any other materials to the Clerk's Office with this complaint.**

A.  **PLAINTIFF INFORMATION**

*You must notify the court of any changes to your address where case-related papers may be served by filing a notice of change of address. Failure to keep a current address on file with the court may result in dismissal of your case.*

Jimmy LittleBear West, 459195 P.O. Box 1108
(Name, prisoner identification number, and complete mailing address)

Jimmy L. West                    Denver Colorado 80204
(Other names by which you have been known)

*Indicate whether you are a prisoner or other confined person as follows: (check one)*

- [X] Pretrial detainee
- [ ] Civilly committed detainee
- [ ] Immigration detainee
- [ ] Convicted and sentenced state prisoner
- [ ] Convicted and sentenced federal prisoner
- [ ] Other: (*Please explain*) inmate of County Jail, #459195

B.  **DEFENDANT(S) INFORMATION**

*Please list the following information for each defendant listed in the caption of the complaint. If more space is needed, use extra paper to provide the information requested. The additional pages regarding defendants should be labeled "B. DEFENDANT(S) INFORMATION."*

Defendant 1: Jay Grant, Judge 1437 Bannock St Rm 256
(Name, job title, and complete mailing address)

"Relief look"

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? [X] Yes ___ No (*check one*). Briefly explain:

"I'll waive your preliminary for you, to start you all over, 16 months in jail so far"

Defendant 1 is being sued in his/her ___ individual and/or ___ official capacity.

"look" relief prayed for

2

Defendant 2: SGT. Booth, P.O. Box 1108 Denver Colo 80204
(Name, job title, and complete mailing address)
Deputy, County Jail.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? ___ Yes ___ No (*check one*). Briefly explain:

Unsure, Riot, Broke out officer, used nun-chucks to my face, Kicked teeth out.

Defendant 2 is being sued in his/her ___ individual and/or ___ official capacity.

*Relief 100k*

Defendant 3: SGT. Gonzales, P.O. Box 1108 Denver, Colorado 80204
(Name, job title, and complete mailing address)
Stabbed arm with Handcuff Key.

At the time the claim(s) in this complaint arose, was this defendant acting under color of state or federal law? _X_ Yes ___ No (*check one*). Briefly explain:

Deputy, County Jail,

Defendant 3 is being sued in his/her ___ individual and/or ___ official capacity.

*Relief 100k*

(4) City of denver,

## C. JURISDICTION

*Indicate the federal legal basis for your claim(s): (check all that apply)*

_X_  42 U.S.C. § 1983 (state, county, and municipal defendants)

___  *Bivens v. Six Unknown Named Agents of Fed. Bureau of Narcotics*, 403 U.S. 388 (1971) (federal defendants)

___  Other: (*please identify*) "injunctive Relief" 100K each

3

**D.   STATEMENT OF CLAIM(S)**

*State clearly and concisely every claim that you are asserting in this action. For each claim, specify the right that allegedly has been violated and state all facts that support your claim, including the date(s) on which the incident(s) occurred, the name(s) of the specific person(s) involved in each claim, and the specific facts that show how each person was involved in each claim. You do not need to cite specific legal cases to support your claim(s). If additional space is needed to describe any claim or to assert additional claims, use extra paper to continue that claim or to assert the additional claim(s). Please indicate that additional paper is attached and label the additional pages regarding the statement of claims as "D. STATEMENT OF CLAIMS."*

CLAIM ONE: Malicious Conduct, your Dire, Physical assault

Supporting facts: During a "Pod" riot Because of movement of 35 inmates To Be mixed, unnesisarily during The pandemic myself as a Inmate Council was called upon to have The inmates To move as stated I was instead attacked By multiple Deputies, 13 in Total, as a disabled elderly man with a can was Kicked in the face Nun-Chucks used on me hit Numerous Times, Teeth Kicked out, nose Broke Lagerations, abuse of Power, Property including over 3 hundred in food and Clothes Hygiene disposed of, Proof of, (10-9-2021) So Bad a Large Some of inmates attempted To Stop The Deputies To not hit me while I'm Cuffed on the ground, fake Charges also.

E. **PREVIOUS LAWSUITS**

Have you ever filed a lawsuit, other than this lawsuit, in any federal or state court while you were incarcerated? _X_ Yes ___ No (*check one*).

*If your answer is "Yes," complete this section of the form. If you have filed more than one previous lawsuit, use additional paper to provide the requested information for each previous lawsuit. Please indicate that additional paper is attached and label the additional pages regarding previous lawsuits as "E. PREVIOUS LAWSUITS."*

Name(s) of defendant(s): { Jay Grant, Sgt David Booth, Sgt Gonzales

Docket number and court: 2021 CV 489   City of Denver }

Claims raised: Assault by Weapon x3

Disposition: (is the case still pending? has it been dismissed?; was relief granted?) dismissed,

Reasons for dismissal, if dismissed: Unable To Show Proof of Process

Result on appeal, if appealed: Still Waiting Past Timely Manner, To Cause me Loss of Liberties

F. **ADMINISTRATIVE REMEDIES**

*WARNING: Prisoners must exhaust administrative remedies before filing an action in federal court regarding prison conditions. See 42 U.S.C. § 1997e(a). Your case may be dismissed or judgment entered against you if you have not exhausted administrative remedies.*

Is there a formal grievance procedure at the institution in which you are confined?

_X_ Yes ___ No (*check one*)

Did you exhaust administrative remedies?

_X_ Yes ___ No (*check one*)

5

### G. REQUEST FOR RELIEF

*State the relief you are requesting or what you want the court to do. If additional space is needed to identify the relief you are requesting, use extra paper to request relief. Please indicate that additional paper is attached and label the additional pages regarding relief as "G. REQUEST FOR RELIEF."*

{100K for each person} Relief or charges dropped in denver. I'd Like To recieve monitary 15 months still incarcerated, Void Dire, By Judge, "100K" or more Requested no more harrasment, food & Hygiene "charges dropped" replaced, Teeth replaced, filed for malicious Prosecution "Due Process on Charges" Prior, 13 months no preliminary, want all charges dropped in denver & Adams!

### H. PLAINTIFF'S SIGNATURE

I declare under penalty of perjury that I am the plaintiff in this action, that I have read this complaint, and that the information in this complaint is true and correct. *See* 28 U.S.C. § 1746; 18 U.S.C. § 1621.

Under Federal Rule of Civil Procedure 11, by signing below, I also certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending or modifying existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule 11.

Jimmy Leroy West
(Plaintiff's signature)

5-2-22
(Date)

(Form Revised December 2017)

*Statement of* **DENVER SHERIFF DEPARTMENT** *Claims*

| NEWTOWN S95014 | REPORT OF VIOLATION/HEARING NOTICE | 10/11/2021 10:01 |
|---|---|---|

**NAME:** LITTLEBEAR, JIMMY       **CURRENT HOUSING:** DDC 2 C 110       **Inmate number:** 00004591955

DISTURBANCE AT FACILITY       005818       Date: 10/09/2021 07:30

*Witnesses:*
Christopher Stafford
Wyatt Griffis
Ryan Sims
Checoto
deputy M. Vigil

**LOCATION:** 4 G
**REPORTED BY:** GAMEZ-PADILLA S20048
**REPORT DATE:** 10/09/2021
**REPORT TIME:** 07:36

**SHORT SYNOPSIS**
While trying to restrain inmate Littlebear, Jimmy CD#459195, a large group of inmates tried to come down the stairway to go after the Deputies who were trying to restrain Littlebear.

**VIOLATION #** 2.5. REFUSING TO OBEY A DIRECT ORDER OF ANY STAFF MEMBER
**Violation level:** LEVEL 2 - MAJOR
**RECOMMENDED SANCTION:** CC WITH LOSS OF PRIVILEGE
10 Days

**VIOLATION #** 1.1. ASSAULTING ANY PERSON
**Violation level:** LEVEL 1 - MAJOR
**RECOMMENDED SANCTION:** CC WITH LOSS OF PRIVILEGE
**NOTE:** Bit an officer
10 Days

**ALLOWED BY**       **WAIVERS - PENDING MAJOR DISCIPLINARY ACTION**

☐ I DO NOT WAIVE THE 24 HOUR RULE
☐ I WAIVE THE 24 HOUR PRIOR NOTICE RULE AND REQUEST AN IMMEDIATE HEARING
☐ I DO NOT WANT A DISCIPLINARY HEARING AND DO NOT CONTEST THE CHARGES
☐ DO NOT CONTEST
☐ INMATE NOT SERVED
☐ CHARGES DISMISSED

Notice Notes: Include any inmate response or request.

YOUR SIGNATURE MERELY ACKNOWLEDGES THAT YOU HAVE RECEIVED NOTIFICATION OF THE REPORTED VIOLATION(S) AND PENDING MAJOR DISCPLINARY ACTIONS, SHOULD YOU BE FOUND GUILTY OF THESES VIOLATIONS

FOR MINOR DISCPLINARY ACTION IMPOSED YOU HAVE THE RIGHT TO KNOW THE REPORTED VIOLATIONS AGAINST YOU AND THE RIGHT TO APPEAL THE MINOR DISCIPLINE IMPOSED.

**SIGNATURE**

**INMATE**       **STAFF**

**DATE/TIME**       **DATE/TIME**

Statement of claims

# Inmate Council Recap
## May 23RD 2021
(Meetings held individually in visit rooms to adhere to social gathering protocols)

## Attendees:
Sergeant Krzak along with inmate representation from eligible housing units

2B Covid
3A Finch, Russell         CD # 501969
3E Cardenas, Chris        CD # 632308
3B and 3F Covid
4A Whalen, Benjamin       CD # 544303
4B Woods, Julian          CD # 782983
4D Howard, Mark           CD # 628230
4E Miles, Ostell          CD # 566704
4F Leon, Joe              CD # 917389
✗ 4G West, Jimmy          CD # 459195
4H Finch, Russell         CD # 501969
5th Covid

## Issues/suggestions brought forth along with responses:
*Various work orders have been placed for individual units that had maintenance issues:*

## Radios for Inmate:
*While still under consideration the current answer is no, due to the history of misuse.*

## Porter training for Kiosk:
*There is no current training program for casemaker*

## Can we get basketballs back other counties have them:
*Not currently. Social distancing needs to be maintained.*

## Can we get consistency with 8 man out times:
*There are current set out times, please kite floor Sergeant if you have further questions*

Jimmy Little Bear West - "inmate"
#4189195
Denver Sheriff Department
P.O. Box 1108
Denver, Colorado
80201.

"Legal mail"

Office of The Clerk
United States District Court
901 - 19th Street, Room A-105
Denver, Colorado 80294-3589

Official Business

Denver County Inmate mail